UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:24 CR 373 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND |
| EDWARD CAMPBELL, III, | ) ) | REFERRAL TO U.S. PROBATION OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Carmen E. Henderson, regarding the change of plea hearing of Edward Campbell, III, which was referred to the Magistrate Judge with the consent of the parties.

On October 4, 2024, the government filed a 1 count Information against Mr. Campbell, charging him with Felon in Possession of a Firearm, in violation of Title 18 U.S.C. §§ 922 (g)(1) and 924(a)(8). Defendant was arraigned on October 22, 2024 before Magistrate Judge Henderson, and entered a plea of guilty to count 1 of the Information, with a written plea agreement. Magistrate Judge Henderson issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Edward Campbell, III is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate

factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Edward Campbell, III is adjudged guilty to count 1 of the Information, in violation of Title 18 U.S.C. § 922(g)(1) and 924(a)(8). This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on February 14, 2025, at 10:30 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

November 7, 2024